Hello,

This is a request under the Freedom of Information Act. We request that you provide copies of any and all records in the possession of the Bureau of Prisons, regardless of who produced them, regarding the following over the past 2 years ending today:

1. Emails pertaining to an effort to obtain lethal injection chemicals;
2. Emails pertaining to an attempt to select a drug for use in lethal injections;
3. Emails in which sodium thiopental, midazolam, pentobarbital were discussed;
4. All records indicating the federal government's current inventory of execution drugs;
5. All records indicating the source of all execution drugs in the federal government's current inventory;
6. All records indicating the person or persons that authorized the purchase(s) of all execution drugs in the federal government's current inventory;
7. All email messages between the Bureau and any supplier or potential supplier of execution drugs;
8. All email messages between the Bureau of Prisons and the Department of Justice regarding execution drugs.

For this request, we ask that you provide documents as soon as they are available, rather than waiting until all of the records are compiled.

If any or part of this request is denied, please send a letter listing the specific exemptions upon which you rely for each denial and provide the contact information for the official to whom we may appeal.

We request that you produce responsive materials in their entirety, including all attachments, appendices, enclosures, and/or exhibits.

Because this records request is being submitted in the public interest and is likely to contribute significantly to public understanding of the operation or activities of your department, we ask that you waive any fees or charge a substantially reduced fee. However, should you decline to waive or reduce fees, proceed without further approval if the cost does not exceed $100.00 and send an invoice with the records. If the cost will exceed $100.00, please inform us of the cost in advance.

All correspondence regarding this request should be sent to Christopher McDaniel. He can be reached at 646.979.4761 or Chris.McDaniel@buzzfeed.com.

Exhibit A

Do not hesitate to contact us with any questions. We appreciate your attention to this matter.

Thank you for your time.

Sincerely,

Christopher McDaniel

Mailing address:

Attn: Chris McDaniel
40 W 23rd St
5th Floor
New York, NY 10010