

U.S. Department of Justice

Federal Bureau of Prisons

*North Central Regional Office*

*Office of the Regional Counsel*          *Kansas City, KS 66101*

May 25, 2017

Chris McDaniel
40 W 23rd St, 5th Floor
New York, NY  10010
Chris.McDaniel@buzzfeed.com

Re:   Information Request No.  2015-07460

Dear Mr. McDaniel:

This is in response to the above referenced information request.  Specifically, you request copies of various records concerning lethal injection chemicals.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, your access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act(FOIA), Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.5, <u>Release of Information</u>, and Program Statement 5800.11, <u>Inmate Central File, Privacy Folder and Parole Commission File.</u>

The records you have requested have been reviewed in this office and it has been determined they are not releasable to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), portions of the records are exempt in part or in full from disclosure to you under the following exemptions:

(b)(5) - inter- or intra-agency correspondence which would not be available to a party other than a party in litigation with the agency
(b)(6) - constitutes a clearly unwarranted invasion of personal privacy
(b)(7)(A) - could reasonably be expected to interfere with law enforcement proceedings

Exhibit B

(b)(7)(C) - constitutes an unwarranted invasion of personal privacy
(b)(7)(E) - discloses investigative techniques and procedures
(b)(7)(F) - could reasonably be expected to endanger the life or physical safety of any individual

Pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, the material herewith denied in full or in part may be appealed to the Assistant Attorney General, by filing a written appeal. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal, and should be addressed to the Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within 60 days from the date of this letter.

Sincerely,

*Kara Christenson for*

Richard M. Winter
Regional Counsel