FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Buzzfeed Inc. <br> *Plaintiff* <br><br> v. <br><br> U.S. Department of Justice, et. al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 18-cv-1556 -TSC <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

      U.S. Department of Justice
      950 Pennsylvania Avenue NW
      Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Matthew V. Topic
      Loevy & Loevy
      311 N. Aberdeen St., 3rd Fl.
      Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   6/29/2018

/s/ Michael Darby
*Signature of Clerk or Deputy Clerk*

Civil Action No. 18-cv-1556-TSC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __U.S. Dept. of Justice__
was received by me on *(date)* __7/6/18__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __I served the summons via USPS Certified Mail, Return Receipt Requested, Article No. 7017 2400 0000 6642 9905.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/6/18__

*Server's signature*

Blake D. Bunting, paralegal
Loevy + Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Emily Aase    C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3277 7196 8546 90 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUL 1 6 2018 |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 6642 9905 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt