## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| | |
| Plaintiff, | |
| | |
| v. | Civil Action No. 18-CV-01556 (TSC) |
| | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| | |
| Defendants. | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendants U.S. Department of Justce ("DOJ") and Federal Bureau of Prisons ("BOP") (collectively, "the Defendants"), by and through undersigned counsel, respectfully request an extension of time, up to and including **September 17, 2018**, in which to file their Answer.

In further support of this motion, Defendants state the following:

### BACKGROUND

1.  Plaintiff Buzzfeed Inc. filed its Complaint (ECF No. 1) pursuant to the Freedom of Information Act ("FOIA") on June 29, 2018. Defendants' answer is currently due to be filed with the Court on August 15, 2018.

2.  Undersigned counsel was recently assigned to this case because the assigned AUSA will be on extended leave due to a family emergency.

3.  Undersigned counsel therefore requests an extension of time to become familiar with the case and to discuss the case with both agency counsel and Plaintiff's counsel.

4.  Plaintiff's counsel has graciously consented to the requested extension.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Motion for Extension of Time to File Answer*.  A proposed Order consistent with this request is attached herewith.

Dated:  August 13, 2018                Respectfully submitted,

                                       JESSIE K. LIU, D.C. Bar No. 472845
                                       United States Attorney

                                       DANIEL F. VAN HORN, D.C. Bar No. 924092
                                       Chief, Civil Division

                                  By: /s/ *Scott Leeson Sroka*
                                       SCOTT LEESON SROKA, Member of New York Bar
                                       Assistant United States Attorney
                                       555 Fourth Street, N.W.
                                       Washington, D.C. 20530
                                       Telephone: 202-252-7113
                                       Scott.Sroka@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I  HEREBY CERTIFY that on this 13th day of August 2018, that service of the

foregoing **Motion for Extension of Time** has been made on counsel of record through the

Court's ECF system.


 /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7113
Fax: (202) 252-2599
Email: Scott.Sroka@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|
BUZZFEED INC.,                          |
|
                    Plaintiff,          |
|
            v.                          |        Civil Action No. 18-CV-01556 (TSC)
|
U.S. DEPARTMENT OF JUSTICE, *et al.*,   |
|
                    Defendants.         |
|

## <u>ORDER</u>

Upon consideration of the Defendants' *Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

**FURTHER ORDERED** that the time for Defendants to file their Answer is hereby extended up to and including **September 17, 2018**.

It is **SO ORDERED** this _____ day of _____, 2018.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE