IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-CV-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## ANSWER AND DEFENSES

Defendants, the U.S. Department of Justice ("DOJ") and the Federal Bureau of Prisons ("BOP") (collectively, "Defendants"), hereby answer the claims brought under the Freedom of Information Act ("FOIA") by Plaintiff Buzzfeed Inc. as follows:

### FIRST DEFENSE

Defendants reserve the right to amend this Answer to assert any other matter that constitutes an avoidance or affirmative defense under Federal Rule of Civil Procedure 8(c).

### SECOND DEFENSE

Any relief is limited to that provided for in 5 U.S.C. § 552(a)(4)(B).

### THIRD DEFENSE

Plaintiff is not entitled to compel the production of responsive records protected from disclosure by one or more of the exemptions or exclusions to FOIA, 5 U.S.C. § 552, or the Privacy Act, 5 U.S.C. § 552a.

## FOURTH DEFENSE

As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief may be granted under FOIA.

## FIFTH DEFENSE

Plaintiff is not entitled to attorneys' fees or costs.

## SIXTH DEFENSE

Defendants have conducted adequate searches in response to the underlying requests under FOIA, 5 U.S.C. § 552, as amended, or otherwise are in the process of completing searches. Defendants further aver that some or all of the requested records may be exempt, in full or in part, from release under FOIA exemptions.

## SEVENTH DEFENSE

Defendants deny each and every allegation contained in the Complaint except as may have been expressly admitted herein. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents in response; however, Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

# COMPLAINT[1]

1. The allegations in Paragraph 1 constitute Plaintiff's characterization of its case and the nature of the action to which no response is required.

## PARTIES

2. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in Paragraph 2.

3. Admit.

4. Admit.

## JURISDICTION AND VENUE

5. This paragraph contains conclusions of law to which no response is required. To the extent that a response is deemed necessary, Defendants admit only that this Court has jurisdiction subject to the limitations of FOIA. Defendants aver that the statute cited speaks for itself.

6. This paragraph contains conclusions of law to which no response is required. To the extent that a response is deemed necessary, Defendants admit only that venue is proper in this judicial district. Defendants further aver that the statute cited speaks for itself

## BACKGROUND

7. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in Paragraph 7. To the extent a response is deemed necessary, Defendants aver that the allegations contained in Paragraph 7 are immaterial to Plaintiff's legal claims and on

---

[1] Merely for ease of reference, Defendants' Answer replicates the headings contained in the Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

that basis deny the allegations. Defendants further aver that the external sources cited speak for themselves and respectfully refer the Court to those sources for a full and accurate statement of their contents.

8. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in Paragraph 8. To the extent a response is deemed necessary, Defendants aver that the allegations contained in Paragraph 8 are immaterial to Plaintiff's legal claims and on that basis deny the allegations. Defendants further aver that the external sources cited speak for themselves and respectfully refer the Court to those sources for a full and accurate statement of their contents.

9. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in Paragraph 9. To the extent a response is deemed necessary, Defendants aver that the allegations contained in Paragraph 9 are immaterial to Plaintiff's legal claims and on that basis deny the allegations. Defendants further aver that the external sources cited speak for themselves and respectfully refer the Court to those sources for a full and accurate statement of their contents.

## DEFENDANTS' FOIA VIOLATION

10. This paragraph contains Plaintiff's characterization of its FOIA request. Defendants aver that the request speaks for itself and respectfully refer the Court to the request for a full and accurate statement of its contents.

11. This paragraph contains Plaintiff's characterization of a letter denying its FOIA request. Defendants aver that the letter speaks for itself and respectfully refer the Court to the letter for a full and accurate statement of its contents.

12. This paragraph contains Plaintiff's characterization of an appeal determination. Defendants aver that the appeal determination speaks for itself and respectfully refer the Court to the appeal determination for a full and accurate statement of its contents.

13. This paragraph contains conclusions of law to which no response is required. To the extent that a response is required, deny.

### COUNT I – VIOLATION OF FOIA

14. Defendants incorporate their responses to Paragraphs 1 through 13 set forth above.

15. Admit.

16. Admit that Plaintiff submitted a FOIA request to Defendants.

17. This paragraph contains conclusions of law to which no response is required.

18. Admit.

The remainder of Plaintiff's Complaint contains Plaintiff's requested relief to which no response is required. To the extent that this paragraph may be deemed to contain factual allegations, they are denied.

Dated: September 17, 2018    Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Email: Scott.Sroka@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 17th day of September, 2018, that service of the foregoing **Defendants' Answer** has been made on counsel of record through the Court's ECF system.

        /s/ *Scott Leeson Sroka*
        SCOTT LEESON SROKA
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Office: (202) 252-7113
        Email: Scott.Sroka@usdoj.gov