# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-CV-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's October 18, 2018, Minute Order, Defendants the United States Department of Justice ("DOJ") and the Federal Bureau of Prisons ("BOP") and Plaintiff BuzzFeed Inc. (collectively, "the Parties") submit the following Joint Status Report and Proposed Briefing Schedule:

1. Plaintiff filed its Complaint on June 29, 2018 (ECF No. 1), pursuant to the Freedom of Information Act ("FOIA"). Defendants answered on September 17, 2018 (ECF No. 12).

2. Defendants have processed 505 records responsive to Plaintiff's request, which were withheld in full. An *Open America* stay will not be necessary in this case. A *Vaughn* index will be prepared in this case.

2

3. Defendants' production of documents to Plaintiff is complete, and the Parties respectfully request that the Court enter the following briefing schedule based on the above:

    a. Defendants' Motion for Summary Judgment ……… …. . . January 16, 2019

    b. Plaintiff's Opposition and Cross-Motion……………. ……February 19, 2019

    c. Defendants' Reply and Opposition………. ……..……..............March 5, 2019

    d. Plaintiff's Reply ……………………………………………...March 19, 2019.

Dated: November 19, 2018

Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU<br>D.C. Bar No. 472845<br>United States Attorney | By: /s/ Matthew Topic<br>MATTHEW TOPIC<br>D.C. Bar No. IL0037<br>LOEVY & LOEVY |
| DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division | 311 N. Aberdeen, Third Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>matt@loevy.com |
| By: /s/ *Scott Leeson Sroka*<br>SCOTT LEESON SROKA<br>Member of New York Bar<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-7113<br>Scott.Sroka@usdoj.gov | *Plaintiff's Counsel* |

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                          |                                      |
|------------------------------------------|--------------------------------------|
| BUZZFEED INC.,                           |                                      |
|     Plaintiff,       |                                      |
|     v.               | Civil Action No. 18-CV-01556 (TSC)   |
| U.S. DEPARTMENT OF JUSTICE, *et al.*,    |                                      |
|     Defendants.      |                                      |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report and Request for Entry of a Proposed Scheduling Order, it is hereby:

**ORDERED** that Defendants shall file their Motion for Summary Judgment by January 16, 2019. Plaintiff shall file its opposition and cross-motion by February 19, 2019. Defendants shall file their Reply and Opposition to Plaintiff's Cross-Motion by March 5, 2019. Plaintiff shall file its Reply to Defendants' Opposition by March 19, 2019.

SO ORDERED.

_____                                          _____
Date                                                                                      United States District Judge