IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-01556-TSC |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL

To the Clerk of Court and all parties of record:

Please withdraw the appearance of Matthew L. Schafer as counsel for Plaintiff BuzzFeed, Inc. The basis for this withdrawal is that, as of March 4, 2019, Mr. Schafer will no longer employed as counsel to BuzzFeed, Inc. Matthew Topic who has appeared on BuzzFeed's behalf will continue to represent BuzzFeed in this matter.

Dated: February 28, 2019

Respectfully submitted,

By: _____/s/_____
Matthew L. Schafer (D.C. # 1008728)
BuzzFeed, Inc.
111 E. 18th Street, 14th Floor
New York, NY 10003
Tel: (646) 798-0693
Fax: (212) 431-7461
Matthew.Schafer@BuzzFeed.com

Matthew Topic, Esq.
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com

*Counsel for Plaintiff*