UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 18- 01556 (TSC) |

## MOTION TO AMEND BRIEFING SCHEUDLE

Defendants U.S. Department of Justice ("DOJ") and Federal Bureau of Prisons ("BOP") (collectively, "Defendants"), by and through undersigned counsel, respectfully request an extension of time, up to and including **April 30, 2019**, in which to file their dispositive motion in this case. In support of this motion, Defendants state the following:

**BACKGROUND**

1. Plaintiff Buzzfeed Inc. filed its Complaint (ECF No. 1) pursuant to the Freedom of Information Act ("FOIA").

2. On March 15, 2019, the Court entered the following amended briefing schedule for this case:

   - Defendants' motion for summary judgment due by April 10, 2019.
   - Plaintiff's combined opposition/cross-motion due May 10, 2019.
   - Defendants' combined reply/opposition due June 14, 2019.
   - Plaintiff's reply due by June 28, 2019.

3. Due to undersigned counsel having been unavailable to work multiple days between March 25 and April 5, 2019 due to illness and having several substantial filings and discovery deadlines in the prior three weeks, counsel needs additional time to review the

administrative and federal court history case of the case, confer with the agency's counsel, and draft Defendants' dispositive briefing.

4. Pursuant to LCvR 7(m), Plaintiff's counsel was contacted (via email) during the early afternoon on Monday, April 8, 2019 to obtain his position on this motion; however, undersigned counsel has not yet received a response.

5. If the Court grants this motion, then the amended briefing schedule would be as follows:

- Defendants' motion for summary judgment due by April 20, 2019.
- Plaintiff's combined opposition/cross-motion due May 20, 2019.
- Defendants' combined reply/opposition due June 20, 2019.
- Plaintiff's reply due by July 8, 2019.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Motion for Extension of Time to File Answer*. A proposed Order consistent with this request is attached herewith.

Dated:  March 8, 2019            Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-CV-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of the Defendants' *Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the briefing schedule issued by Minute Order on March 15, 2019, shall be amended to contain the following due dates:

- Defendants' motion for summary judgment due by April 20, 2019.
- Plaintiff's combined opposition/cross-motion due May 20, 2019.
- Defendants' combined reply/opposition due June 20, 2019.
- Plaintiff's reply due by July 8, 2019.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE