**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BUZZFEED INC., | | |
| Plaintiff, | | |
| v. | | Civil Action No. 18- 01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | | |
| Defendants. | | |

## MOTION TO AMEND/CORRECT THE BRIEFING SCHEUDLE

Defendants U.S. Department of Justice ("DOJ") and Federal Bureau of Prisons ("BOP") (collectively, "Defendants"), by and through undersigned counsel, respectfully file this motion to (i) correct an error in the dates contained in their Motion to Amend the Briefing Schedule [ECF No. 22], filed on April 10, 2019; (ii) advise the Court of Plaintiff's position on Defendants' motion that was filed on April 10, 2019; and (ii) request that the Court amend the briefing schedule to be consistent with the corrected dates that Defendants should have included in the Proposed ordered attached to its April 10, 2019, motion.

1.     On March 14, 2019, this Court granted a Motion to Amend [ECF No. 20] filed by Defendants' prior counsel; the Court's Minute Order set the following dates as the amended briefing schedule for the parties dispositive motions:

- Defendants' motion for summary judgment due April 10, 2019.
- Plaintiff's combined opposition/cross-motion due May 10, 2019.
- Defendants' combined reply/opposition due June 14, 2019.
- Plaintiff's reply due June 28, 2019.

2.     On April 10, 2019, Defendants' undersigned counsel filed a motion seeking an additional amendment to the briefing schedule.  See ECF No. 22.  Although counsel correctly stated

in the first paragraph of the April 10th Motion that Defendants sought an extension of time up to April 30, 2019, Defendants mistakenly stated in paragraph 5 of their motion that the proposed amended schedule would set Defendants' deadline as April 20, 2019. Counsel then repeated this error when she pasted the proposed schedule from paragraph 5 into the Proposed Order attached to Defendants' motion.

3.    As a result, on April 12, 2019, when the Court granted Defendants' April 10th Motion, it set Defendants' deadline for its filing as April 20, rather than April 30, 2019.

4.    Counsel apologizes that she did not identify and correct this error prior to filing the motion on April 10, 2019, and respectfully requests that the Court amend the briefing schedule to set the schedule that Defendants intended to propose, which is as follows:

- Defendants' motion for summary judgment due April 30, 2019.
- Plaintiff's combined opposition/cross-motion due May 30, 2019.
- Defendants' combined reply/opposition due July 1, 2019.
- Plaintiff's reply due July 15, 2019.

5.    Counsel also advises the Court that, after the filing of Defendant's April 10th Motion, Plaintiff's counsel contacted undersigned counsel advising her that he had not responded to her request for his position on the motion because he had somehow not received the email she sent to him on April 8, 2019. Plaintiff's counsel also communicated that he did not oppose Defendants' request to extend its deadline to April 30, 2019, and set the other dates as noted above in paragraph 4.

*       *       *

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Motion to Amend/Correct the Briefing Schedule.*  A proposed Order consistent with this request is attached herewith.

Dated:  April 20, 2019                   Respectfully submitted,

                                         JESSIE K. LIU, D.C. Bar No. 472845
                                         United States Attorney

                                         DANIEL F. VANHORN, D.C. Bar No. 924092
                                         Chief, Civil Division

                         By: /s*/ April Denise Seabrook*
                                         APRIL DENISE SEABROOK, D.C. Bar No. 993730
                                         Assistant United States Attorney
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         Telephone: 202-252-2525
                                         April.Seabrook@usdoj.gov

                                         COUNSEL FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-CV-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of the Defendants' *Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the briefing schedule issued by Minute Order on April 12, 2019, shall be amended to consist of the following due dates:

- Defendants' motion for summary judgment due April 30, 2019.
- Plaintiff's combined opposition/cross-motion due May 30, 2019.
- Defendants' combined reply/opposition due July 1, 2019.
- Plaintiff's reply due July 15, 2019.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE