# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-1556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## MOTION TO AMEND/CORRECT THE BRIEFING SCHEUDLE

Defendants U.S. Department of Justice ("DOJ") and Federal Bureau of Prisons ("BOP") (collectively, "Defendants"), by and through undersigned counsel, respectfully file this motion seeking a final extension of time of approximately two weeks, up to and including May 14, 2019, for the filing of Defendants' dispositive motion. Grounds for this motion are as follows:

1. Plaintiff consents to the granting of the relief requested in this motion and the parties have consulted to likewise amend the period for Plaintiff to file its Opposition and Cross-Motion after the filing of Defendants' dispositive motion.

2. On April 24, 2019, this Court granted Defendants' Motion to Amend [ECF No. 29] and entered an amended briefing schedule setting the following deadlines:

    - Defendants' motion for summary judgment due April 30 2019.
    - Plaintiff's combined opposition/cross-motion due May 30, 2019.
    - Defendants' combined reply/opposition due July 1, 2019.
    - Plaintiff's reply due July 15, 2019.

3. Undersigned counsel has worked to complete Defendants' filings; however, counsel needs additional time because (i) within the last week, counsel unexpectedly had to devote significant time to a case necessitating a time-sensitive motion for protective order;

(ii) counsel has been inundated with briefing and short discovery deadlines in the last three weeks; and (iii) counsel has had scheduling conflicts with Agency representatives that have prevented the consultation about (and completion of) the brief, declaration, and *Vaughn* index, all three of which will be somewhat lengthy.

4. Should the Court grant this motion, the new proposed schedule would be as follows:
   - Defendants' motion for summary judgment due May 14, 2019.
   - Plaintiff's combined opposition/cross-motion due June 28, 2019.
   - Defendants' combined reply/opposition due July 29, 2019.
   - Plaintiff's reply due August 12, 2019.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Motion to Amend/Correct the Briefing Schedule*. A proposed Order consistent with this request is attached herewith.

Dated: April 30, 2019       Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-1556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## **ORDER**

Upon consideration of the Defendants' *Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the briefing schedule issued by Minute Order on April 24, 2019, shall be amended to consist of the following due dates:

- Defendants' motion for summary judgment due May 14, 2019.
- Plaintiff's combined opposition/cross-motion due June 28, 2019.
- Defendants' combined reply/opposition due July 29, 2019.
- Plaintiff's reply due August 12, 2019.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE