UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| BUZZFEED INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 18- 01556 (TSC) |

### UNOPPOSED MOTION TO AMEND BRIEFING SCHEUDLE

Defendants U.S. Department of Justice ("DOJ") and Federal Bureau of Prisons ("BOP") (collectively, "Defendants"), by and through undersigned counsel, respectfully request an extension of time of three days, up to and including **May 17, 2019**, in which to file their dispositive motion in this case. In support of this motion, Defendants state the following:

**BACKGROUND**

1. Plaintiff Buzzfeed Inc. filed its Complaint (ECF No. 1) pursuant to the Freedom of Information Act ("FOIA").

2. On May 3, 2019, the Court entered the following amended briefing schedule for this case:

    - Defendants' motion for summary judgment due by May 14, 2019.
    - Plaintiff's combined opposition/cross-motion due June 28, 2019.
    - Defendants' combined reply/opposition due July 29, 2019.
    - Plaintiff's reply due by August 12, 2019.

3. Although Defendants had intended to file their brief on the current due date of May 14, 2019, undersigned counsel recognized late in the day on My 14 that Defendants had inadvertently not addressed an argument that should have been included in the brief. Additionally, although counsel attempted to supplement and complete the draft for

      finalization so as to only need a one-day extension, counsel recognized that due to her pre-arranged travel scheduled on May 15 and the need to obtain final approval from Defendants and the U.S. Attorney's Office prior to filing, it was necessary to request a slightly longer extension.

4.     Pursuant to LCvR 7(m), the parties conferred; Plaintiff's counsel has graciously not opposed this additional brief extension.

5.     If the Court grants this motion, it will not impact the remainder of the briefing schedule, as Plaintiff's Opposition and Cross-Motion is not due until June 28, 2019.

    WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Motion for Extension of Time to File*. A proposed Order consistent with this request is attached herewith.

Dated: May 14, 2019                 Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar No. 472845
                                        United States Attorney

                                        DANIEL F. VANHORN, D.C. Bar No. 924092
                                        Chief, Civil Division

                              By: /s/ *April Denise Seabrook*
                                        APRIL DENISE SEABROOK, D.C. Bar No. 993730
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        Telephone: 202-252-2525
                                        April.Seabrook@usdoj.gov

                                        COUNSEL FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-CV-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of the Defendants' *Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendant shall file its dispositive motion no later than May 17, 2019, and all other dates contained in the Court's Minute Order of May 2, 2019, shall remain unchanged.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE