# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-1556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## MOTION TO AMEND BRIEFING SCHEUDLE

Defendants U.S. Department of Justice ("DOJ") and Federal Bureau of Prisons ("BOP") (collectively, "Defendants"), by and through undersigned counsel, respectfully request an extension of time, up to and including **July 31, 2019**, in which to file their reply brief in support of their motion to dismiss. In support of this motion, Defendants state the following:

### BACKGROUND

1. Plaintiff Buzzfeed Inc. filed its Complaint (ECF No. 1) pursuant to the Freedom of Information Act ("FOIA").

2. On May 17, 2019, Defendants filed their Motion to Dismiss the Complaint. [ECF No. 26].

3. On June 28, 2019, Plaintiff filed its Opposition to Defendant's Motion to Dismiss [ECF No. 27].

4. Defendants' reply brief is due on Monday, July 29, 2019.

5. Undersigned counsel has been out of the office and receiving medical treatment since Monday, July 15, 2019; this has made it difficult for counsel to work on the reply brief and confer with Agency counsel and the Deputy Chief who is assigned to this matter.

6. Pursuant to LCvR 7(m), Plaintiff's counsel was contacted (via email) to obtain his position on this motion; Plaintiff does not object to this brief extension of time.

7. If the Court grants this motion, then the amended briefing schedule would be as follows:

- Defendants' reply brief shall due on July 31, 2019.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Motion to Amend Briefing Schedule*. A proposed Order consistent with this request is attached herewith.

Dated:  July 29, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED INC., | |
| Plaintiff, | |
| v. | Civil Action No. 18-CV-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of the Defendants' *Motion to Amend Briefing Schedule and* the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the remainder of the briefing schedule issued by Minute Order on May 3, 2019, shall be amended to contain the following due dates:

- Defendants' combined reply/opposition due July 31, 2019.

It is **SO ORDERED** this _____ day of _____, 2019.

TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE