NITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1556 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CORRECTED JOINT STATUS REPORT

With apologies for its tardy submission,[1] Plaintiff, Buzzfeed Inc. ("Plaintiff") and Defendants U.S. Department of Justice ("DOJ") and Federal Bureau of Prisons ("BOP") (collectively, "Defendants"), by and through undersigned counsel, respectfully submit their divergent positions on the near-term schedule of proceedings in this matter.

### DEFENDANTS' POSITION

1.  On March 11, 2020, the World Health Organization publicly characterized COVID-19 as a pandemic.[2] On March 13, 2020, the President declared a National Emergency in an effort to address the spread of COVID-19,[3] and on March 16, 2020, the President announced

---

[1] The Parties agreed to the language of this report on April15, but due to a miscommunication it was, it was inadvertently not filed. Counsel is deeply sorry for this failure, ad assures the court that it will not happen again.

[2] Centers for Disease Control and Prevention. "Coronavirus Disease 2019 (COVID-19): Situation Summary," https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/summary.html (last accessed Mar. 19, 2020).

[3] *See* https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (last accessed Mar. 19, 2020).

new guidance to slow the spread of the virus, including avoiding groups of more than 10 people and working or schooling from home whenever possible.[4]

    2.     The President's guidance follows recommendations by the Centers for Disease Control and Prevention to engage in social distancing, and, in some circumstances, to close schools.[5] The Office of Personnel Management has been issuing guidance concerning the continuity of Federal Government operations, including recommendations that agencies permit employees to telework.[6] The Office of Management and Budget has asked agencies to "offer maximum telework flexibilities to all current telework eligible employees, consistent with the operational needs of the departments and agencies as determined by their heads."[7] All schools in the area have been closed. And, most recently, Maryland, Virginia and the District of Columbia have issued Stay-at-Home orders, further emphasizing that on-site work is, with the exception of the smallest category of core functions, no longer possible.

    3.     The spread of COVID-19 throughout the United States has created profound challenges of achieving an already demanding mission under the current conditions. For

---

[4] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last accessed Mar. 19, 2020).

[5] *See* Centers for Disease Control and Prevention. "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission, https://www.cdc.gov/coronavirus/2019-ncov/downloads/community-mitigation- strategy.pdf (last accessed Mar. 19, 2020).

[6] *See* United States Office of Personnel Management, "Memorandum for: Heads of Executive Departments and Agencies. Subject: Coronavirus Disease 2019 (COVID-19); Additional Guidance" (Mar. 7, 2020), *available at* https://www.chcoc.gov/content/coronavirus-disease-2019-covid-19-additional-guidance (last accessed Mar. 19, 2020).

[7] *See* Memorandum from the Acting Director of The Office of Management and Budget to the Heads of Departments and Agencies "Updated Guidance for National Capital Region on Telework Flexibilities in Response to Coronavirus" (Mar. 15, 2020), https://www.whitehouse.gov/wp-content/uploads/2020/03/M20-15-Telework-Guidance-OMB.pdf (last accessed Mar. 19, 2020).

example, because numerous Assistant United States Attorneys are now working remotely on a daily basis, teleworking resources (in particular, computing resources) are strained, and technical problems associated with those strains consume time to troubleshoot and resolve. The experience of the U.S. Attorney's Office is not unique. Several agencies, including the agency in this case, are experiencing similar disruptions and slowdowns. Collaborating in this environment, including exchanging work-product with agency counterparts is more difficult and less efficient.

4. More specifically, the offices of several of the federal government's departments and agencies that process FOIA requests have been deemed non-essential to those departments' and agencies' core missions, including, most prominently the Federal Bureau of Investigation's Records/Information Dissemination Section, which has ceased operations during the crisis.

5. Although a full-scale cessation of operations had yet not taken effect at BOP (nor may it ever), the agency informs that its FOIA operations have been significantly impacted by COVID-19, with several of its staff attempting to do the agency's work from home. Agency counsel believes that a consequence of the current conditions is a significant impact on speed and efficiency.

6. Current conditions associated with the COVID-19 pandemic have significantly increased the time needed to prepare filings as networks and the access points to them are being taxed by volumes that exceed capacity. In the hope of being in a better position to assess the impact of these impediments on scheduling in a manner that permits greater confidence that a realistic deadline is being set, Defendants request the opportunity to submit a further joint status report in 45 days that sets forth the parties proposed schedule.

7.      For the foregoing reasons, Defendants request permission to file a joint status report on May 19, 2020, either (1) jointly proposing a schedule for proceeding to dispositive motions; (2) jointly agreeing for a further extension in light of intervening events; or(3) expressing divergent views about the best path forward.

## PLAINTIFF'S POSITION

8.      While of course Plaintiff recognizes the significant logistical challenges the on-going pandemic has created for all parties, its position on the short-term schedule for this litigation differs from Defendants'.

9.      Plaintiff is confident that all parties can effectively proceed with summary judgment briefing while continuing to follow all state and Federal guidance. While health concerns have necessarily slowed some aspects of Government functioning, it is Plaintiff's experience that written briefing can be conducted effectively in the current climate.

10.     Because of the strong public interest in the continuation of FOIA cases, Plaintiff proposes the following schedule for proceedings in this case: Defendants will file their motion for summary judgment by May 28, 2020. Plaintiff will file their cross-motion for summary judgment and opposition to Defendants' motion by July 13. Defendants' will file their reply and opposition to Plaintiff's motion by August 3. Plaintiff will file their reply by August 24.

Dated:  April 21, 2020                        Respectfully submitted,

LOEVY & LOEVY                                 TIMOTHY J. SHEA, D.C. Bar # 437437
                                              United States Attorney
By: /s/ Matthew Topic
Matthew Topic                                 DANIEL F. VAN HORN, D.C. Bar # 924092

311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com

*Counsel for Plaintiff*

Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendants*