UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 18-01556 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Federal Bureau of Prisons ("BOP") and the United States Department of Justice (collectively "Defendants"), by and through undersigned counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), to enter summary judgment in Defendants' favor on all claims in this Freedom of Information Act ("FOIA") case. This motion is supported by the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment; Statement of Material Facts as to Which There Is No Genuine Dispute; and the Declarations of Kara Christenson and Richard M. Winter (with accompanying exhibits). A proposed Order is also attached.

Dated:  June 12, 2020                                Respectfully submitted,

                                                    JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Jonathan D. Kossak

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
U.S. Dep't. of Justice, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612; Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant, U.S. Department of Justice*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Motion for Summary Judgment with the Clerk of the Court through the ECF system on June 12, 2020. This system provided a copy to and effected service of this document on all parties.

/s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch