UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No: 18-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
|     Defendants. | ) |

**[PROPOSED] ORDER**

In consideration of Defendants' Motion for Summary Judgment, and the existing record, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED; and it is further

ORDERED that judgment is entered for Defendants in the above-captioned case.

_____    _____
Date                                                  U.S. DISTRICT COURT JUDGE

1