# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-cv-1556 (TSC) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum, Plaintiff moves for summary judgment against Defendants with regard to the specific records outline in that memorandum. A proposed order is attached.

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

_____

Attorneys for Plaintiff

Matthew Topic, DC Bar No. IL0037
Joshua Burday, DC Bar No. IL0042
Merrick Wayne, DC Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

## **CERTIFICATE OF SERVICE**

I, Matthew Topic, an attorney, hereby certify that on July 28, 2020, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew V. Topic*
