IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-cv-1556 (TSC) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Plaintiff's motion for summary judgment is GRANTED. Defendants are ordered to conduct a supplemental search within 20 business days using as keywords the names of any additional drugs or substances considered or purchased for use in executions. Defendants' Exemption 5 deliberative process claims and Exemption 7(A) and 7(E) claims are rejected in full, and Defendants' Exemption 4 claims are rejected as to names and descriptions of the substances at issue, prices, delivery dates, and expiration dates, and for supplier names, any information that would show any straw buyers or FDA violations. Defendants' Exemption 6 and 7(C) claims are rejected as to records that would show straw buyers or FDA violations. Defendants are ordered to produce within 20 business days all withheld records in accordance with this order.

Dated: _____    _____
                                      UNITED STATES DISTRICT COURT JUDGE