**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUZZFEED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No:  18-01556 (TSC) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE**

On July 1, 2021, the Attorney General directed a review of the Department of Justice's policies and procedures regarding the administration of existing federal laws governing capital sentences, and imposed a moratorium on federal executions during the pendency of that review. Defendant is considering whether (and if so, how), these developments affect any arguments Defendant has presented in this litigation.  Defendant hereby notifies the Court and Plaintiff that by July 23, 2021, Defendant will inform them of any effect of these developments on Defendant's legal arguments or the application of any FOIA exemptions in this matter.

July 9, 2021                                        Respectfully submitted,


                                                   BRIAN D. NETTER
                                                   Deputy Assistant Attorney General

                                                   ELIZABETH J. SHAPIRO
                                                   Deputy Director, Federal Programs Branch

                                                   /s/ *Jonathan D. Kossak*

                                                   JONATHAN D. KOSSAK
                                                   Trial Attorney (DC Bar # 991478)
                                                   U.S. Dep't. of Justice, Federal Programs Branch
                                                   1100 L Street, NW
                                                   Washington, D.C. 20005
                                                   Tel. (202) 305-0612; Fax. (202) 616-8460
                                                   Email:  jonathan.kossak@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Notice with the Clerk of the Court through the

ECF system on July 9, 2021. This system provided a copy to and effected service of this document

on all parties.

/s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Div., Federal Programs Branch