UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 18-01556 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# NOTICE

On July 1, 2021, the Attorney General directed a review of the Department of Justice's policies and procedures regarding the administration of existing federal laws governing capital sentences, and imposed a moratorium on federal executions during the pendency of that review. After considering how these developments affect the issues in this case, the Department has determined that it will no longer rely on Exemption 7(A) to withhold records or portions of records in this case. *See* Mem. Supp. Def.'s MSJ at 16-24, ECF No. 35-1; Reply Mem. Supp. Def.'s MSJ at 8-13, ECF No. 39. However, the Department's withdrawal of its application of Exemption 7(A) does not require any additional disclosures since all of the records or portions of records that the Department previously withheld pursuant to Exemption 7(A) remain properly withheld under other FOIA exemptions. *See generally* Christenson Decl., Ex. F (BOP Vaughn Index), ECF No. 35-4.

July 23, 2021                                   Respectfully submitted,

                                                BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Jonathan D. Kossak*

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
U.S. Dep't. of Justice, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612; Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Notice with the Clerk of the Court through the ECF system on July 23, 2021. This system provided a copy to and effected service of this document on all parties.

/s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Div., Federal Programs Branch