IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 18-01556 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of a recent opinion in the case *Citizens for Responsibility and Ethics in Washington* (*CREW*) *v. DOJ*. Mem. Op., 19-cv-3626 (Sep. 30, 2021), ECF No. 30, attached to this filing as Exhibit A. *CREW* involved a FOIA request for records relating to the Bureau of Prison's (BOP's) acquisition of pentobarbital for purposes of carrying out federal executions. The general subject matter of BOP's acquisition of lethal injection substances for purposes of carrying out federal executions overlaps with the FOIA request at issue in this case (though the FOIA request at issue in this case involves a different time period). *See*, *e.g.*, Compl. ¶ 10 (seeking, for a two-year period between 2013 and 2015, "records related to efforts by BOP to select and obtain lethal injection chemicals").

In *CREW*, Judge Friedrich considered the application of FOIA Exemption 4 to records relating to the BOP's acquisition of pentobarbital. Mem. Op. at 1-2. The *CREW* opinion concluded that Exemption 4 justified the withholding of confidential commercial or financial information in these records. Mem. Op. at 6-13. Specifically, the CREW opinion upheld the withholding of:

> any information that could lead to the identity of [pentobarbital suppliers], including names, titles, department titles, purchase order/reference

> numbers, account numbers, contract numbers, phone and fax numbers, web addresses, physical addresses, video conference ID numbers, IT information, as well as company logos, brochures, quotations, invoices, testing results, dates of purchase, service, and/or delivery, substance description, item/stock/UPC numbers, price, quantity, concentration, packaging details, expiration dates, container units, lot numbers, and product identification numbers," as well as "price and contract term negotiations, pricing and business strategies, instructions for ordering and purchase, unique order and purchase requirements, and production and/or testing capability, to include formulas, quantity, timing of production and/or testing, and specific production/testing methods or standards.

Mem. Op. at 6-7 (internal quotation marks and citation omitted), as well as "invoices, quotations, and protocols for third party testing services, as well as test results," Mem. Op. at 7.

Separately, Judge Friedrich also rejected the application of Exemption 7(E) to the records relating to BOP's acquisition of pentobarbital. Mem. Op. at 13-18.

|  |  |
|---|---|
| Dated: October 15, 2021 | Respectfully submitted, |
|  | BRIAN D. NETTER<br>Deputy Assistant Attorney General |
|  | ELIZABETH J. SHAPIRO<br>Deputy Director |
|  | /s/ *Jonathan D. Kossak* |
|  | JONATHAN D. KOSSAK<br>Trial Attorney (DC Bar # 991478)<br>U.S. Dep't. of Justice, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Tel. (202) 305-0612; Fax. (202) 616-8460<br>Email: jonathan.kossak@usdoj.gov |
|  | *Counsel for Defendants* |