UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BUZZFEED, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 18-cv-1556 (TSC) |
| **U.S. DEPARTMENT OF JUSTICE,** *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 47, Plaintiff's Motion for Summary Judgment, ECF No. 36, is hereby **GRANTED in part and DENIED in part**, and Defendants' Motion for Summary Judgment, ECF No. 35, is hereby **GRANTED in part and DENIED in part**. Accordingly, it is hereby

**ORDERED** that Defendants shall produce all records with respect to information withheld or redacted under 5 U.S.C. § 552(b)(7)(E) within thirty days; it is further

**ORDERED** that the parties shall meet and confer and file a joint scheduling order by no later than October 2, 2023, proposing further briefing and supplementation of the evidentiary record regarding information withheld under 5 U.S.C. § 552(b)(4), (5), consistent with the accompanying memorandum opinion.

Date: August 30, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge