# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, ET AL., <br><br> Defendants. | No. 1:18-cv-01556-TSC |

SECOND SUPPLEMENTAL DECLARATION OF KARA CHRISTENSON

I, Kara Christenson, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP" or "Bureau"), as a Supervisory Government Information Specialist ("GIS"). I have been a Supervisory GIS since January 2023. Previously, I was employed as a GIS for the Bureau's Central Office from August 2016 to January 2023, and as a Paralegal for the North Central Regional Office from September 2008 to August 2016. From June of 1994 through September of 2008, I served as Legal Support Staff for the Legal Department at the Federal Medical Center in Rochester, Minnesota. I have been employed by BOP since March 1992.

2. On June 12, 2020, I executed a declaration in the above-referenced case concerning the withholding of information from records released in response to a Freedom of Information Act ("FOIA") Request filed by Christopher McDaniel, which was received by the BOP and assigned Request No. 2015-07460. The request sought DOJ and BOP records relating to lethal injection drugs from approximately August 2013 to August 2015.

3. I understand that the Bureau has been ordered to provide additional information concerning records withheld pursuant to FOIA Exemption 4. Specifically, I understand that the Bureau

1

has been asked to provide additional evidence and argument concerning Defendants' withholding of contractor names and the identifying nature of certain contract terms under FOIA Exemption 4.

4. As discussed in my previous declaration, I was assigned to process FOIA Request No. 2015-07460 based on my experience handling administrative matters and providing litigation assistance regarding death penalty issues in the ordinary course of my duties as a GIS and former paralegal. In my current role, I continue to maintain involvement in administrative matters and litigation related to death penalty issues. As such, I have firsthand, personal knowledge regarding BOP's execution protocols and its procurement of lethal injection drugs, and the scope of documents maintained by the BOP related to such issues.

5. As described in my previous declaration, I applied Exemption 4 to confidential commercial information contained in records responsive to FOIA Request No. 2015-07460. The withheld information included, among other things, the names of companies from whom the Bureau acquired lethal injection substances during the time frame requested.

6. For the purposes of this declaration, I re-reviewed the information withheld from records responsive to FOIA Request No. 2015-07460 pursuant to Exemption 4. Based on my re-review of the records and my personal and firsthand knowledge of execution protocol-related issues, I have determined that during the time frame at issue (2013-2015) the Bureau acquired certain drugs – midazolam and hydromorphone – from domestic drug distribution companies as part of its review of the Bureau's then-existing lethal injection protocol. Neither midazolam nor hydromorphone were ultimately selected to be used to carry out the Bureau's 2019 execution protocol.  The Bureau's 2019 execution protocol used pentobarbital as the lethal injection drug for each of the federal executions carried out in

2020 and 2021. The Bureau never used the midazolam or hydromorphone acquired between 2013 and 2015 to carry out a federal execution. Further, due to the expiration of the drugs purchased during this time frame, these drugs are no longer in the possession of the BOP.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of September, 2023.

Kara Christenson
Supervisory GIS
Federal Bureau of Prisons