UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No: 18-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

In consideration of Defendants' Motion for Partial Reconsideration, and the existing record, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. It is further **ORDERED** that the issue of Defendants' withholding of contractor names under Exemption 4 in this matter is moot and that the Court's Order dated August 30, 2023, is hereby modified consistent with this Order. The Parties shall not file supplemental briefing on the issue of whether Defendants properly withheld the names of the suppliers of lethal injection drugs during the relevant period under Exemption 4.

_____                    _____
Date                                                                  U.S. DISTRICT COURT JUDGE

1