UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No: 18-01556 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
|     Defendants. | ) |

## JOINT STATUS REPORT

On February 26, 2024, the parties filed a Joint Status Report, ECF No. 56, in which they reported that they had resolved their remaining disputes concerning the Federal Bureau of Prisons' (BOP) withholdings in this Freedom of Information Act (FOIA) action. *Id.* ¶ 3. The parties further stated that they had agreed to meet and confer regarding any outstanding matters related to attorneys' fees and costs, and that they would report back to the Court on their progress by April 26, 2024. *Id.* ¶ 5. The Court ordered the parties to "submit another joint status report describing their progress in conferring regarding attorneys' fees and costs on or before April 26, 2024." Minute Order (Feb. 26, 2024).

Since the Court's Order, the parties have been diligently conferring over the issue of fees and costs. On March 20, 2024, Plaintiff Buzzfeed, Inc. provided an opening offer. BOP is evaluating the offer and preparing a response. The parties are negotiating in good faith, but need additional time to reach a resolution. Accordingly, and for good cause shown and subject to the Court's approval, the parties propose to submit another joint status report describing their progress by **Friday, May 31, 2024**.

Dated: April 26, 2024                            Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
Tel. (520) 488-0486
match@loevy.com
foia@loevy.com

*Attorneys for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *Jonathan D. Kossak*

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
U.S. Dep't. of Justice, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel. (202) 305-0612; Fax. (202) 616-8460
Email: jonathan.kossak@usdoj.gov


*Counsel for Defendants*
